FILED
Charlotte
Nov 26 2024
U.S. District Court
Western District of N.C.

**SO ORDERED**.

Signed: February 24, 2021

[signature]
David S. Cayer
United States Magistrate Judge

Per notification from NCDAC received on 11/26/2024.  The state sentence against this subject has EXPIRED.  This WHCAP has been satisfied.

Terry J. Burgin, USM

By: Tonya Patterson, Data Analyst

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | DOCKET NO: 3:21-CR-34-KDB-DSC |
| v. | **WRIT OF HABEAS CORPUS AD PROSEQUENDUM** |
| JALEN JUWAN JACKSON, a/k/a JACK PID #472901 Defendant. | |

THE PRESIDENT OF THE UNITED STATES OF AMERICA:

TO: The Director, Bureau of Prisons, Washington, D.C.
TO: U.S. Marshal, Western District of North Carolina, Charlotte, North Carolina
TO: Chief Jailer, Mecklenburg County Jail, 801 E. 4th Street, Charlotte, North Carolina

**IT IS ORDERED** that you have the body of Jalen Juwan Jackson, PID #472901, B/M, DOB 2/27/1997, detained in the Mecklenburg County Jail, under safe and secure conduct, brought before the Honorable David S. Cayer, United States Magistrate Judge, Western District of North Carolina, at the courtroom in the city of Charlotte, North Carolina, FORTHWITH, on or before 3/16/2021 at 10:30 a.m./~~p.m.~~, to make an initial appearance before the Court on charges now pending in said Court against Defendant.

**IT IS FURTHER ORDERED** that the United States Marshals Service shall return Defendant to the Mecklenburg County Jail, under safe and secure conduct, after the disposition of the above captioned case.

The Clerk is directed to certify copies of this Order to the United States Marshals Service, the Mecklenburg County Jail, and the United States Attorney.